In the Matter of the Claim of ERNEST WRIGHT against NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

Argued May 27, 1942; decided June 18, 1942.

*John J. Bennett, Jr., Attorney-General* (*John F. Loehr* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, appellant.
*Robert E. Whalen* and *Charles E. Nichols* for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.